United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARLOS GILBERT LAW,

          Plaintiff,

    v.

PINEDA, et al.,

          Defendants.

Case No. 26-cv-06358-AMO

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

    Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Vince Chhabria for consideration of whether the case is related to *Law v. Pineda*, et al., 25-cv-08559-VC (N.D. Cal. filed Oct. 7, 2025).

    **IT IS SO ORDERED.**

Dated: 6/29/2026

_____

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**